IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AARON L. BELL | : | CIVIL ACTION |
| [FF-6602] | : | |
| | : | |
| v. | : | |
| | : | |
| IBARE JONES, et al. | : | NO. 08-4886 |

**ORDER**

**AND NOW**, this 22nd day of March 2011, upon consideration of the Petition of Aaron L. Bell ("Petitioner") for Writ of Habeas Corpus (Doc. No. 1), Petitioner's Revised Habeas Corpus Petition (Doc. No. 4), the Response to the Petition for Writ of Habeas Corpus (Doc. No. 10), Petitioner's Response to State's Answer (Doc. No. 13), United States Magistrate Judge M. Faith Angell's Report and Recommendation (Doc. No. 16), Petitioner's Objection to Magistrate Judge Angell's Report and Recommendation (Doc. No. 18), and after an independent review of the pertinent record and for the reasons stated in the Opinion dated March 22, 2011, it is **ORDERED** as follows:

1. The Petitioner's Objections (Docs. No. 18) to the Report and Recommendation are without merit and **DENIED**.

2. The Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. No. 16) is **APPROVED** and **ADOPTED** with modification.

3. The Petition for the Writ of Habeas Corpus filed *pro se* (Doc. Nos 1 and 4) is **DENIED**.

3. All outstanding motions are **DENIED** as moot.

4. A certificate of appealability is **DENIED**.

1

5. The Clerk's Office shall close this case.

BY THE COURT:

/s/ Joel. H. Slomsky, J.
JOEL H. SLOMSKY, J.